CENTER FOR DISABILITY ACCESS
MARK D. POTTER, ESQ., SBN 166317
PHYL GRACE, ESQ., SBN 171771
JENNIFER A. McALLISTER, ESQ., SBN 283440
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
jenniferm@potterhandy.com

Attorney for Plaintiff RAFAEL ARROYO, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; and Does 1-10,<br><br>Defendants. | **Case:** 8:19-CV-00389-AG-DFM<br><br>**DISCOVERY MATTER**<br><br>**Plaintiff's Notice of Motion & Motion:**<br><br>(1) **Compelling Initial Disclosures;** or, in the alternative,<br>(2) **For an Order Excluding Non-Disclosed Witnesses and Documents;**<br><br>**Date:** September 5, 2019<br>**Time:** 10:00 a.m.<br>**Courtroom:** 1053<br>**Magistrate Judge:** Hon. Douglas F. McCormick |

Notice of Motion (ID)            -1-            Case No.: 8:19-CV-00389-AG-DFM

**TO ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD:**

PLEASE TAKE NOTICE that on, August 23, 2019, at 10:00 a.m., in COURTROOM no. 1053 of the Ronald Reagan Federal Building, located at 6B,411 W 4th St, Santa Ana, CA, 92701, Plaintiff RAFAEL ARROYO, JR. will and hereby does move this Court for an order compelling Defendant to provide Initial Disclosures. In the alternative, Plaintiff respectfully requests this Court issue an Order to Show Cause as to why an Exclusion Order should not be entered as to Defendants.

This Motion is brought on the grounds that the Initial Disclosures are a required, compulsory part of litigation and Defendants' refusal to provide Initial Disclosures, or meet and confer regarding their absence, is without substantial justification.

This Motion to compel Initial Disclosures will be based on the arguments presented in Plaintiff's Memorandum of Points and Authorities, the Declaration of Jennifer A. McAllister, the Exhibits filed concurrently with this motion, and oral argument, if any.

Dated: July 25, 2019
CENTER FOR DISABILITY ACCESS

By: /s/ Jennifer A. McAllister
Jennifer A. McAllister
Attorneys for Plaintiff